No. 1077, Misc. HATFIELD *v.* BUCHKOE, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 524, Misc. GOODLOW *v.* BUCHKOE, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Paul L. Adams,* Attorney General of Michigan, and *Samuel J. Torina,* Solicitor General, for respondent. Reported below: —— F. 2d ——.

No. 953, Misc. BROWN *v.* INDIANA. Petition for writ of certiorari to the Supreme Court of Indiana denied without prejudice to an application for a writ of habeas corpus in the appropriate United States District Court, it appearing from the papers submitted that the State is prepared to concede that petitioner has exhausted state remedies. MR. JUSTICE DOUGLAS would grant the petition for certiorari and reverse the judgment below on the authority of *Smith* v. *Bennett,* 365 U. S. 708. Petitioner *pro se.* *Edwin K. Steers,* Attorney General of Indiana, for respondent.

No. 1041, Misc. SEALS *v.* ALABAMA. Petition for writ of certiorari to the Supreme Court of Alabama denied without prejudice to an application for a writ of habeas corpus in the appropriate United States District Court. *Thurgood Marshall* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *George D. Mentz* and *Jerry L. Coe,* Assistant Attorneys General, for respondent.

No. 703. SMITH ET AL. *v.* FORDHAM UNIVERSITY, 365 U. S. 846; and

No. 758, Misc., October Term, 1959. DRAKE *v.* UNITED STATES, 362 U. S. 981. Motions for leave to file petitions for rehearing denied.